In the Matter of NEW YORK TELEPHONE COMPANY, Appellant. WILLIAM F. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent.

(2 Proceedings — 1941 and 1940 Assessments.)

Submitted November 15, 1943; decided November 19, 1943.

Motion to amend the remittitur denied with ten dollars costs and necessary printing disbursements.   (See 290 N. Y. 537.)